# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AZA POOLED REAL ESTATE, LLC, a Michigan limited liability company, | Case No: 2:12-cv-10980-NGE-MAR |
| Plaintiff, | Hon. Nancy G. Edmunds |
| v. | |
| KAPAA DEVELOPMENT ASSOCIATES, II, LLC, a Hawaii limited liability company, LAURENCE H. SMITH, and MITCHELL T. HELLER, | |
| Defendants. | |

| | |
|---|---|
| BODMAN PLC<br>By:   J. Adam Behrendt (P58607)<br>201 W. Big Beaver Road<br>Suite 500<br>Troy, MI  48084<br>(248) 743-6000<br>Attorney for Plaintiff<br>abehrendt@bodmanlaw.com | THE MILLER LAW FIRM, P.C.<br>By:   Sharon S. Almonrode (P33938)<br>         Christopher D. Kaye (P61918)<br>950 W. University Dr., Suite 300<br>Rochester MI  48307<br>(248) 841-2200<br>Attorneys for Defendants<br>ssa@millerlawpc.com<br>cdk@millerlawpc.com |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT THE AWARD OF COSTS OR FEES TO ANY PARTY**

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND
WITHOUT THE AWARD OF COSTS OR FEES TO ANY PARTY**

At a session of said Court, held in the
City of Detroit, County of Wayne, State of Michigan
on June 27, 2013

PRESENT: Hon. Nancy G. Edmunds
U.S. District Court Judge

This matter comes before the Court upon the agreement of the parties to settle the above-captioned matter and dismiss this lawsuit with prejudice and without the award of costs or fees to any party. Having been fully advised on the premises of the parties' settlement and the their agreement that the Court will retain jurisdiction to enforce the terms of settlement;

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to the pending claims and without the award of costs or attorney fees to any party.

IT IS FURTHER ORDERED that the Court will retain subject matter jurisdiction and personal jurisdiction over the parties to enforce the terms of their settlement.

IT IS ALSO ORDERED that this is a final order that disposes of the last pending claim and otherwise closes the case.

IT IS SO ORDERED.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: June 27, 2013

Agreed for immediate entry:

BODMAN PLC


S/ J. Adam Behrendt (P58607)
201 West Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6000
jbehrendt@bodmanlaw.com
Attorneys for Plaintiff


THE MILLER LAW FIRM, P.C.


S/ Christopher D. Kaye (P61918)
950 W. University Dr., Suite 300
Rochester MI  48307
(248) 841-2200
Attorneys for Defendants